**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nicole Yun, | No. CV-25-00090-TUC-JAS (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald.  A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 21) is accepted and adopted; Plaintiff's complaint is granted (Doc. 1), the ALJ's decision is vacated, and this case is remanded to the Commissioner for the calculation and award of benefits.  The Clerk shall close the file in this case.

Dated this 20th day of March, 2026.

Honorable James A. Soto
United States District Judge